IN THE MATTER OF THE ESTATE OF
CARMELLA PANETTA, DECEASED.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ARCADIA GARCIA.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS JACOBS.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE ARNOLD SIMPSON.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. OASIS VALIDO.

January 18, 1973. Petition for certification denied.

WILLIAM FORSTER v. BONDED SHEET METAL COMPANY.

January 18, 1973. Petition for certification denied.